## Bangert, Appellant, *v.* Provident Trust Company, Executor, et al.

Argued January 30, 1934. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

444

*Robert T. McCracken,* with him *William C. Ferguson, Jr.,* of *Slocum & Ferguson,* for appellant.

*Richard K. Stevens,* of *Stradley, Ronon, Stevens & Denby,* for appellees.

PER CURIAM, March 19, 1934:

This appeal by plaintiff is from a decree of the Court of Common Pleas No. 4 of Philadelphia County dismissing his bill in equity on the ground of laches. Nothing need be added to what has been so well said by the learned judge of the court below in his opinion.

The assignments of error are all overruled and the decree is affirmed on the chancellor's adjudication.